Matthew T. Christensen, ISB: 7213
Branden M. Huckstep, ISB: 10679
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-1157
Email:  mtc@angstman.com
       bmh@angstman.com

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMY EVANS, an individual<br><br>        Plaintiff,<br><br>v.<br><br>JAMES HEPWORTH, an individual; MICHELA SWARTHOUT, an individual; SWARTHEP, LLC, a Wyoming limited liability company; HZ GLOBAL, LLC, a Wyoming limited liability company; LUXE IMPORTS, LLC, an Idaho limited liability company; LUXE IMPORTS, LLC, a Montana limited liability company; WANTHUB, INC., a Delaware corporation; TREASURE VALLEY POWDER COATING, LLC, an Idaho limited liability company; MCWORTH PROPERTIES, LLC, a Wyoming limited liability company; YUANCELA, LLC, a Wyoming limited liability company; CLOUD PEAK LAW GROUP, P.C., a Wyoming professional corporation; and DOES 1-10.<br><br>        Defendants. | Case No. 1:19-cv-00380-REB<br><br>AFFIDAVIT OF AMY EVANS IN SUPPORT OF EX PARTE MOTION FOR ENTRY OF A PRE-JUDGMENT WRIT OF ATTACHMENT AND TEMPORARY RESTRAINING ORDER /MOTION FOR PRELIMINARY INJUNCTION |

STATE OF IDAHO  )
                    ) ss:
County of Ada      )

Amy Evans, being first duly sworn upon oath, deposes and says:

1.      I am the Plaintiff in the above entitle matter. I am of sufficient age and competency to testify, and have sufficient knowledge to make this affidavit in support of the Ex Parte Motion for entry of a pre-judgment writ of attachment and temporary restraining order/motion for preliminary injunction, filed concurrently herewith.

2.      The information and facts stated, contained , and alleged in the Verified Complaint and the Ex Parte Motion for entry of a Pre-judgment writ of attachment and temporary restraining order/motion for preliminary injunction is true and correct, and hereby incorporated herein.

3.      As outlined in the Verified Complaint, James Hepworth and Michela Swarthout are actively transferring assets and otherwise attempting to hide property which is subject to the Complaint.  Without the entry of a prejudgment writ of attachment and temporary restraining order and preliminary injunction my interests in recovering my property and damages will be further and irreparably harmed as the Defendants continue to transfer and hide assets.  As assets and funds continue to be dissipated and transferred to further entities, the difficulties become greater and chances of recovery become slimmer.  Further, those assets themselves may be dissipated through use in defending the claims made in the Verified Complaint.

/

/

/

/

AFFIDAVIT OF AMY EVANS IN SUPPORT OF EX PARTE MOTION FOR ENTRY OF A PRE-JUDGMENT WRIT OF ATTACHMENT AND TEMPORARY RESTRAINING ORDER /MOTION FOR PRELIMINARY INJUNCTION – PAGE 2
A◆J Matter: 13405-002

4.      I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Further your affiant sayeth naught.

DATED this 1st day of October, 2019.

_____
AMY EVANS
Plaintiff

SUBSCRIBED AND SWORN to before me this 1st day of October, 2019.

_____
Notary Public
Commission Expires: 10/29/21

AFFIDAVIT OF AMY EVANS IN SUPPORT OF EX PARTE MOTION FOR ENTRY OF A PRE-JUDGMENT
WRIT OF ATTACHMENT AND TEMPORARY RESTRAINING ORDER /MOTION FOR PRELIMINARY
INJUNCTION – PAGE 3
A♦J Matter: 13405-002