Brent O. Roche (ISB#: 2627)
Nathan R. Palmer (ISB#: 9336)
RACINE OLSON, PLLP
P. O. Box 1391
Pocatello, Idaho 83204-1391
Telephone: (208) 232-6101
Fax: (208) 232-6109
brent@racineolson.com
nathan@racineolson.com

*Attorneys for Defendant Cloud Peak Law Group, P.C.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMY EVANS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES HEPWORTH, an individual; MICHELA SWARTHOUT, an individual; SWARTHEP, LLC, a Wyoming limited liability company; HZ GLOBAL, LLC, a Wyoming limited liability company; LUXE IMPORTS, LLC, an Idaho limited liability company; LUXE IMPORTS, LLC, a Montana limited liability company; WANTHUB, INC., a Delaware corporation; TREASURE VALLEY POWDER COATING, LLC, an Idaho limited liability company; MCWORTH PROPERTIES, LLC, a Wyoming limited liability company; YUANCELA, LLC, a Wyoming limited liability company; CLOUD PEAK LAW GROUP, P.C., a Wyoming professional corporation; and DOES 1-10,<br><br>Defendants. | Case No. 19-00380 (REB)<br><br>**DEFENDANT CLOUD PEAK LAW GROUP, P.C.'S MOTION TO DISMISS** |

**DEFENDANT CLOUD PEAK LAW GROUP, P.C.'S MOTION TO DISMISS – PAGE 1**

Defendant Cloud Peak Law Group, P.C., through counsel and pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), hereby moves the Court to dismiss Plaintiff's Verified Complaint and Demand for Jury Trial against this moving defendant for the reason that the Court lacks personal jurisdiction over this defendant and Plaintiff has failed to state a claim against this defendant upon which relief can be granted properly. This Motion is supported by the memorandum and affidavit of Mark Pierce filed with this motion.

DATED this 29th day of October, 2019.

RACINE OLSON, PLLP

By: /s/ Brent O. Roche
BRENT O. ROCHE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of October, 2019, I filed the foregoing electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew T. Christensen
Branden M. Huckstep
ANGSTMAN JOHNSON
199 N. Capital Blvd., Suite 200
Boise, Idaho 83702
mtc@angstman.com
bmh@angstman.com

/s/ Brent O. Roche
BRENT O. ROCHE