Brent O. Roche (ISB#: 2627)
Nathan R. Palmer (ISB#: 9336)
RACINE OLSON, PLLP
P. O. Box 1391
Pocatello, Idaho 83204-1391
Telephone: (208) 232-6101
Fax: (208) 232-6109
brent@racineolson.com
nathan@racineolson.com

*Attorneys for Defendant Cloud Peak Law Group, P.C.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMY EVANS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES HEPWORTH, an individual; MICHELA SWARTHOUT, an individual; SWARTHEP, LLC, a Wyoming limited liability company; HZ GLOBAL, LLC, a Wyoming limited liability company; LUXE IMPORTS, LLC, an Idaho limited liability company; LUXE IMPORTS, LLC, a Montana limited liability company; WANTHUB, INC., a Delaware corporation; TREASURE VALLEY POWDER COATING, LLC, an Idaho limited liability company; MCWORTH PROPERTIES, LLC, a Wyoming limited liability company; YUANCELA, LLC, a Wyoming limited liability company; CLOUD PEAK LAW GROUP, P.C., a Wyoming professional corporation; and DOES 1-10, <br><br> Defendants. | Case No. 19-00380 (REB) <br><br> **AFFIDAVIT OF MARK PIERCE** |

**AFFIDAVIT OF MARK PIERCE – PAGE 1**

STATE OF WYOMING    )
                    : ss
County of Sheridan  )

MARK PIERCE, being first duly sworn, deposes and states as follows:

1. I am the sole owner of Defendant Cloud Peak Law Group, P.C. ("Cloud Peak"). This affidavit is based on my personal knowledge and submitted in support of Cloud Peak's motion to dismiss under Fed. R.C.P. 12(b)(2).

2. I am an attorney licensed in the States of Wyoming and Colorado. I am a member in good standing of the Bar Associations of both States.

3. Cloud Peak is a professional corporation organized under the laws of Wyoming. Its principal place of business is in Sheridan, Wyoming, where it maintains its only office. I established Cloud Peak in 2003.

4. Cloud Peak is a law firm. I am the firm's only attorney.

5. At no time has Cloud Peak maintained offices in the State of Idaho. At no time has my firm employed any residents of Idaho. I am not now and never have been licensed to practice law in Idaho. My law firm is not now and has never been registered to do business in Idaho.

6. Contrary to the allegations of Paragraph 35 of Plaintiff's Verified Complaint, my law firm does not advertise itself as a law firm specializing in hiding assets. Rather, our website, under the heading of "Asset Protection Planning," states as follows:

> If having health, home and car insurance seems obvious, then you should insure your other assets too. Forming a Wyoming LLC or Wyoming Asset Protection Trust insures against overly zealous creditors, bad luck, poor decisions, bankruptcy and divorce. Creditors will be forced into a better settlement or to dismiss the case altogether. Not planning throws your financial affairs to the wind in the hope "things just work out".
>
> Allow our Wyoming trust and LLC Attorney to be your guide during this process. Our Wyoming law firm was founded in 2003 with the focus on estate

AFFIDAVIT OF MARK PIERCE – PAGE 2

planning and trust law. Since then, we have expanded to on-line corporate services such as LLC formations and registered agent services. Join thousands of other clients and allow us to be of service today.

7. My firm does a substantial amount of its work for clients through our website. Our website is not directed towards Idaho or any other state. We have never specifically targeted potential clients from Idaho by running television, radio or internet advertisements or by sending print advertisements to residents in Idaho.

8. My law firm previously represented James Hepworth and Michela Swarthout. Such representation included forming the four Wyoming LLC's named as defendants in Plaintiff's Verified Complaint in this matter. As accurately shown in the public records accessible on the Wyoming Secretary of State's website, my firm formed Swarthep, LLC on October 31, 2017; HZ Global, LLC on November 22, 2017; Yuancela, LLC on March 13, 2018 and McWorth Properties, LLC on June 22, 2018. As also revealed on the public records included on the Wyoming Secretary of State's website, my firm has served as each entity's registered agent since its date of formation.

9. My law firm had no involvement in forming any of the other limited liability companies named as defendants in this case. My firm has not served as registered agent for any of the other limited liability companies named as defendants.

10. Prior to Cloud Peak being served with the Summons and Verified Complaint in this matter on October 8, 2019, I had no knowledge about the terms of Amy Evans' divorce from James Hepworth, Mr. Hepworth's receipt of proceeds from the sale of C&D shares of Redtop Holdings Limited, or Ms. Evans' claim of entitlement to one-half of those proceeds.

11. At no time during my law firm's representation of James Hepworth and Michela Swarthout did I provide legal advice that was intended to prevent or delay Amy Evans from recovering her rightful share of the proceeds from the sale of shares of Redtop Holdings Limited.

AFFIDAVIT OF MARK PIERCE – PAGE 3

12. At no time during my law firm's representation of James Hepworth and Michela Swarthout did I have any role in the transfers described in Plaintiff's Verified Complaint in Paragraphs 37 through 78.

13. Contrary to the conclusory allegations in Paragraph 35 of Plaintiff's Verified Complaint, none of the "deception, transfers and spending" described in Plaintiff's Verified Complaint were done with my knowledge. Likewise, I did not advise Mr. Hepworth or Ms. Swarthout to engage in any deceptions, to make any transfers or to spend any money as described in Plaintiff's Verified Complaint.

FURTHER SAITH AFFIANT NAUGHT.

DATED this 29th day of October, 2019.

_____
MARK PIERCE

SUBSCRIBED AND SWORN TO before me this 29th day of October, 2019.

(Seal) 

_____
Hope Michel
NOTARY PUBLIC FOR WYOMING
Residing at: Sheridan, WY
My Commission expires: 05/19/2021

AFFIDAVIT OF MARK PIERCE – PAGE 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29 day of October, 2019, I filed the foregoing electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew T. Christensen
Branden M. Huckstep
ANGSTMAN JOHNSON
199 N. Capital Blvd., Suite 200
Boise, Idaho 83702
mtc@angstman.com
bmh@angstman.com

/s/ Brent O. Roche
BRENT O. ROCHE

AFFIDAVIT OF MARK PIERCE – PAGE 5