Matthew T. Christensen, ISB: 7213
Branden M. Huckstep, ISB: 10679
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-1157
Email:  mtc@angstman.com
            bmh@angstman.com

*Attorneys for the Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMY EVANS, an individual<br><br>                Plaintiff,<br><br>v.<br><br>JAMES HEPWORTH, et al,<br><br>                Defendants. | Case No. 1:19-cv-00380-DCN<br><br>STIPULATION FOR DISMISSAL OF ACTION AGAINST CLOUD PEAK LAW GROUP, P.C. WITH PREJUDICE |

Plaintiff and Defendant Cloud Peak Law Group, P.C. ("Cloud Peak") and their respective undersigned counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) hereby stipulate to the dismissal of the action against Cloud Peak Law Group, P.C. with prejudice, and each party is to bear its own costs and attorney fees.  In addition, the parties agree as follows:

1. Defendant Cloud Peak confirms that it has not assisted James Hepworth, Michela Swarthout, or any of the other entities named in the above-entitled action to form or create any other corporations or companies other than those already listed in the Complaint filed in this matter, and those described in the Affidavit of Mark Pierce previously filed in this action.

2. Cloud Peak, its owners, officers, attorneys, and employees agree not to assist James Hepworth, Michela Swarthout, or any of the entities named in the above-entitled action in setting up any additional corporations or companies, trusts, or other asset protection entities.

STIPULATION FOR DISMISSAL OF ACTION AGAINST CLOUD PEAK LAW GROUP, P.C. WITH PREJUDICE **-** 1

3. Cloud Peak agrees to cease any further relationship with James Hepworth, Michela Swarthout, or any of the entities named in the above-entitled action.

In consideration of the stipulation by Cloud Peak above, and in reliance on the assertions made by Cloud Peak and the Affidavit of Mark Pierce, Plaintiff agrees to the following:

1. Plaintiff agrees to dismiss the action against Defendant Cloud Peak with prejudice.

2. Plaintiff fully releases Cloud Peak Law Group, P.C., Mark Pierce individually, and Andrew Pierce individually, of any and all potential claims by Plaintiff.

DATED this 19th day of November, 2019.

/s/ Branden M. Huckstep
BRANDEN M. HUCKSTEP
Attorney for Plaintiff

DATED this 2nd day of December, 2019.

/s/ Amy Evans
AMY EVANS
Plaintiff

DATED this 19th day of November, 2019.

/s/ Mark Pierce
MARK PIERCE
Individually and On Behalf of Cloud Peak Law Group, P.C.

DATED this 19th day of November, 2019.

/s/ Nathan R. Palmer
NATHAN R. PALMER
Attorney for Defendant Cloud Peak Law Group, P.C.

STIPULATION FOR DISMISSAL OF ACTION AGAINST CLOUD PEAK LAW GROUP, P.C. WITH PREJUDICE **-** 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December, 2019, I filed the foregoing STIPULATION FOR DISMISSAL OF ACTION AGAINST CLOUD PEAK LAW GROUP, P.C. WITH PREJUDICE electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Matthew T. Christensen
  mtc@angstman.com

- Branden M. Huckstep
  bmh@angstman.com

- Nathan R. Palmer
  nathan@racineolson.com

- Brent Roche
  brent@racineolson.com

- Kevin Dinius
  kdinius@diniuslaw.com


- Any others as listed on the Court's ECF Notice.

            /s/ Branden M. Huckstep
            Branden M. Huckstep