Kevin E. Dinius
Sarah Hallock-Jayne
DINIUS LAW
5680 E. Franklin Rd., Suite 130
Nampa, Idaho 83687
Telephone:	(208) 475-0100
Facsimile:	(208) 475-0101
ISB Nos.	5974, 5745
*kdinius@diniuslaw.com*
*shallockjayne@diniuslaw.com*
Attorneys for Defendants Michela Swarthout, Swarthep, LLC, HZ Global, LLC, Luxe Imports, LLC (ID), Luxe Imports, LLC (MT) and McWorth Properties, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMY EVANS, an individual, ) )  Plaintiff, ) ) -vs- ) ) JAMES HEPWORTH, an individual; ) MICHELA SWARTHOUT, an individual; ) SWARTHEP, LLC, a Wyoming limited ) liability company; HZ GLOBAL, LLC, a ) Wyoming limited liability company; LUXE ) IMPORTS, LLC, an Idaho limited liability ) company; LUXE IMPORTS, LLC, a Montana ) limited liability company; WANTHUB, INC., ) a Delaware corporation; TREASURE ) VALLEY POWDER COATING, LLC, an ) Idaho limited liability company; MCWORTH ) PROPERTIES, LLC, a Wyoming limited ) liability company; YUANCELA, LLC, a ) Wyoming limited liability company; CLOUD ) PEAK LAW GROUP, P.C., a Wyoming ) professional corporation; and DOES 1-10, ) ) Defendants. ) ) | **CASE NO. 1:19-cv-00380-DCN** **DEFENDANTS' MOTION TO DISMISS** |

DEFENDANTS' MOTION TO DISMISS - 1

COME NOW Defendants Michela Swarthout, Swarthep, LLC, HZ Global, LLC, Luxe Imports, LLC (ID), Luxe Imports, LLC (MT) and McWorth Properties, LLC, by and through their counsel of record, the law firm Dinius Law, pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move the Court to dismiss Plaintiff's Verified Complaint and Demand for Jury Trial against these moving defendants for the reason that the Plaintiff has failed to state a claim against these defendants upon which relief can be granted. This Motion is supported by the memorandum and declaration filed concurrently herewith.

DATED this 6thy day of December, 2019.

                DINIUS LAW

                  */s/ Sarah Hallock-Jayne*
                By_____
                Kevin E. Dinius
                Sarah Hallock-Jayne
                Attorneys for Defendants Michela Swarthout, Swarthep, LLC, HZ Global, LLC, Luxe Imports, LLC (ID), Luxe Imports, LLC (MT) and McWorth Properties, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of December, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew T. Christensen
Branden M. Huckstep
Attorneys for Plaintiff
*mtc@angstman.com*
*bmh@angstman.com*

Brent O. Roche
Nathan R. Palmer
Attorney for Defendant Cloud Peak Law Group, P.C.
*brent@racineolson.com*
*nathan@racineolson.com*

Matthew L. Waters
Thomas J. Lloyd, III
Attorneys for Defendant James Hepworth
*mlw@elamburke.com*
*tjl@elamburke.com*

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Sarah Hallock-Jayne*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Sarah Hallock-Jayne

cm/T:\Clients\S\Swarthout, Michela 25779\Non-Discovery\Motion to Dismiss.doc