Kevin E. Dinius
Sarah Hallock-Jayne
DINIUS LAW
5680 E. Franklin Rd., Suite 130
Nampa, Idaho 83687
Telephone:     (208) 475-0100
Facsimile:     (208) 475-0101
ISB Nos.     5974, 5745
*kdinius@diniuslaw.com*
*shallockjayne@diniuslaw.com*
Attorneys for Defendants Michela Swarthout, Swarthep, LLC, HZ Global, LLC, Luxe Imports,
LLC (ID), Luxe Imports, LLC (MT) and McWorth Properties, LLC

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMY EVANS, an individual,<br><br>Plaintiff,<br><br>-vs-<br><br>JAMES HEPWORTH, an individual; MICHELA SWARTHOUT, an individual; SWARTHEP, LLC, a Wyoming limited liability company; HZ GLOBAL, LLC, a Wyoming limited liability company; LUXE IMPORTS, LLC, an Idaho limited liability company; LUXE IMPORTS, LLC, a Montana limited liability company; WANTHUB, INC., a Delaware corporation; TREASURE VALLEY POWDER COATING, LLC, an Idaho limited liability company; MCWORTH PROPERTIES, LLC, a Wyoming limited liability company; YUANCELA, LLC, a Wyoming limited liability company; CLOUD PEAK LAW GROUP, P.C., a Wyoming professional corporation; and DOES 1-10,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>**CASE NO.  1:19-cv-00380-DCN**<br><br>**DECLARATION OF MICHELA SWARTHOUT IN SUPPORT OF MOTION TO DISMISS** |

DECLARATION OF MICHELA SWARTHOUT IN SUPPORT OF MOTION TO DISMISS - 1

STATE OF WYOMING          )
                                                   : ss
County of Sherican            )

     MICHELA SWARTHOUT, under penalty of perjury, declares as follows:

     1.     I am one of the Defendants in the above-entitled action.

     2.     I am over the age of eighteen and I am competent to testify truthfully to the matters herein. The testimony in this declaration is based on my personal knowledge.

     3.     I am the sole owner of Swarthep, LLC.  Swarthep, LLC is a Wyoming limited liability company formed on October 31, 2017 with its principal office located at 905 Broadway St., Suite 100, Sheridan, WY 82801. A true and correct copy of the Articles of Organization for Swarthep, LLC is attached hereto as Exhibit A.

     4.     James Hepworth filed for the EIN for Swarthep, LLC and identified himself as Sole Member of Swarthep, LLC. A true and correct copy of the Internal Revenue Service notice assigning the EIN is attached hereto as Exhibit B.

     5.     HZ Global, LLC is owned by myself and Brandon Zehm. HZ Global, LLC is a Wyoming limited liability company formed on November 22, 2017 with its principal office located at 201 East 5th St., Suite 1200, Sheridan, WY 82801. A true and correct copy of the Articles of Organization for HZ Global, LLC is attached hereto as Exhibit C.

     6.     I am the sole owner of Luxe Imports, LLC ("Montana Luxe").

     7.     I own a percentage of Wanthub, Inc.

     8.     I do not own any interest in Treasure Valley Powder Coating, LLC.

     9.     I do not own any interest in McWorth Properties, LLC.

     10.     Yuancela, LLC owns a percentage of Wanthub, Inc.  Yuancela, LLC is a Wyoming limited liability company formed on March 13, 2018 with its principal office located at 201 East 5th

St., Suite 1200, Sheridan, WY 82801. A true and correct copy of the Articles of Organization for Yuancela, LLC is attached hereto as Exhibit D.

11.     Neither I, nor any of the entities named as defendants herein, were parties in the matter of *Hepworth v. Hepworth*, CV-DW-2015-05437.  Neither I nor the entities are bound by the terms or conditions of the Divorce Judgment.

12.     I did not engage in any deceptions to make any transfers or to spend any money as described in Plaintiff's Complaint.

13.     I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

EXECUTED this 6th day of December, 2019, in Sheridan, Wyoming.

*/s/ Michela Swarthout*

_____

Michela Swarthout

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of December, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew T. Christensen
Branden M. Huckstep
Attorneys for Plaintiff
*mtc@angstman.com*
*bmh@angstman.com*

Brent O. Roche
Nathan R. Palmer
Attorney for Defendant Cloud Peak Law Group, P.C.
*brent@racineolson.com*
*nathan@racineolson.com*

Matthew L. Waters
Thomas J. Lloyd, III
Attorneys for Defendant James Hepworth
*mlw@elamburke.com*
*tjl@elamburke.com*

*/s/ Sarah Hallock-Jayne*

_____
Sarah Hallock-Jayne