Kevin E. Dinius
Sarah Hallock-Jayne
DINIUS LAW
5680 E. Franklin Rd., Suite 130
Nampa, Idaho 83687
Telephone:     (208) 475-0100
Facsimile:     (208) 475-0101
ISB Nos.       5974, 5745
*kdinius@diniuslaw.com*
*shallockjayne@diniuslaw.com*
Attorneys for Defendants Michela Swarthout, Swarthep, LLC, HZ Global, LLC, Luxe Imports, LLC (ID), Luxe Imports, LLC (MT) and McWorth Properties, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMY EVANS, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CASE NO. 1:19-cv-00380-DCN** |
| -vs- | ) |
| | ) **DECLARATION OF COUNSEL IN** |
| JAMES HEPWORTH, an individual; | ) **SUPPORT OF MOTION TO** |
| MICHELA SWARTHOUT, an individual; | ) **DISMISS** |
| SWARTHEP, LLC, a Wyoming limited | ) |
| liability company; HZ GLOBAL, LLC, a | ) |
| Wyoming limited liability company; LUXE | ) |
| IMPORTS, LLC, an Idaho limited liability | ) |
| company; LUXE IMPORTS, LLC, a Montana | ) |
| limited liability company; WANTHUB, INC., | ) |
| a Delaware corporation; TREASURE | ) |
| VALLEY POWDER COATING, LLC, an | ) |
| Idaho limited liability company; MCWORTH | ) |
| PROPERTIES, LLC, a Wyoming limited | ) |
| liability company; YUANCELA, LLC, a | ) |
| Wyoming limited liability company; CLOUD | ) |
| PEAK LAW GROUP, P.C., a Wyoming | ) |
| professional corporation; and DOES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS - 1

STATE OF IDAHO  )
                     : ss
County of Canyon  )

SARAH HALLOCK-JAYNE, under penalty of perjury, declares as follows:

1. I am one of the attorneys of record for Defendants Michela Swarthout, Swarthep, LLC, HZ Global, LLC, Luxe Imports, LLC (ID), Luxe Imports, LLC (MT) and McWorth Properties, LLC in the above-entitled action.

2. I am over the age of eighteen and I am competent to testify truthfully to the matters herein. The testimony in this declaration is based on my personal knowledge.

3. Hepworth and Evans, in one way or another, have been and continue to be in a perpetual state of litigation since the decree was entered more than 4½ years prior according to a review of iCourt.

4. On April 11, 2019, Plaintiff filed a Petition to Enforce Judgment related to Defendant Hepworth's receipt of stock share proceeds; this matter, among others remains pending in Ada County Case No. CV-DW-2015-5437.

5. As part of the aforementioned litigation, Ms. Evans served *subpoenas duces tecum* to Keybank and Idaho Trust Bank.

6. On December 4, 2019, Evans filed an *Affidavit* and *Motion for Order for Debtor's Exam* in the divorce case.

7. Ada County Case No. CV-DW-2015-5437 is scheduled for a Court Trial on January 8, 2020. The subject matter for the Court Trial is not clear from a review of the iCourt website.

8. I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

EXECUTED this 6th day of December, 2019, in Nampa, Idaho.

*/s/ Sarah Hallock-Jayne*
_____
Sarah Hallock-Jayne

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of December, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew T. Christensen
Branden M. Huckstep
Attorneys for Plaintiff
*mtc@angstman.com*
*bmh@angstman.com*

Brent O. Roche
Nathan R. Palmer
Attorney for Defendant Cloud Peak Law Group, P.C.
*brent@racineolson.com*
*nathan@racineolson.com*

Matthew L. Waters
Thomas J. Lloyd, III
Attorneys for Defendant James Hepworth
*mlw@elamburke.com*
*tjl@elamburke.com*

*/s/ Sarah Hallock-Jayne*

_____
Sarah Hallock-Jayne