Matthew L. Walters, ISB #6599
mlw@elamburke.com
Thomas J. Lloyd III, ISB #7772
tjl@elamburke.com
Elam & Burke, P.A.
251 E. Front Street, Suite 300
Post Office Box 1539
Boise, ID 83701
Telephone: (208) 343-5454
Facsimile: (208) 384-5844

Attorneys for Defendant James Hepworth

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMY EVANS, an individual,<br><br>           Plaintiff,<br><br>    vs.<br><br>JAMES HEPWORTH, an individual; MICHELA SWARTHOUT, an individual; SWARTHEP, LLC, a Wyoming limited Liability company; HZ GLOBAL, LLC, a Wyoming limited liability company; LUXE IMPORTS, LLC, an Idaho limited liability company; LUXE IMPORTS, LLC, a Montana limited liability company; WANTHUB, INC., a Delaware corporation; TREASURE VALLEY POWDER COATING, LLC, an Idaho limited liability company; MCWORTH PROPERTIES, LLC, a Wyoming limited liability company; YUANCELA, LLC, a Wyoming limited liability company; CLOUD PEAK LAW GROUP, P.C., a Wyoming professional corporation; and DOES 1-10,<br><br>           Defendants. | Case No. 1:19-cv-00380-DCN<br><br>DEFENDANT JAMES HEPWORTH'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY ACTION |

**DEFENDANT JAMES HEPWORTH'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY ACTION -  1**

COMES NOW Defendant James Hepworth, by and through his attorneys of record, Elam & Burke, P.A., and hereby moves this Court for an order either dismissing or, alternatively, staying this action pending resolution of the parallel proceeding in the Fourth Judicial District of the State of Idaho, Ada County Case No. CV-DW-2015-5437, pursuant to Federal Rule of Civil Procedure 12(b)(1) and, *inter alia*, the abstention doctrine created by *Younger v. Harris*, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971) and its progeny and/or the abstention doctrine created by *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800, 96 S.Ct. 1236, 47 L.Ed.2d 483 (1976) and its progeny.

This Motion will be further supported by the briefing already ordered by this Court in its December 9, 2019 Docket Entry Order (Dkt. 31). Because of the congruency of issues in this Motion and the briefing already ordered by the Court, and in the interests of judicial economy, Respondent will provide his arguments and authorities in support of this Motion in accordance with the schedule outlined in the Court's Order.

DATED this 16th day December, 2019.

ELAM & BURKE, P.A.

      /s/ *Thomas J. Lloyd III*
By:  Matthew L. Walters, of the firm
      Thomas J. Lloyd III, of the firm
      Attorneys for Defendant
      James Hepworth

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of December, 2019, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System which sent a Notice of Electronic Filing to the following persons:

Matthew T. Christensen      mtc@angstman.com
Branden M. Huckstep      bmh@angstman.com
ANGSTMAN JOHNSON

*Attorneys for Plaintiff*

Kevin Eugene Dinius      kdinius@diniuslaw.com
Sarah Louise Hallock-Jayne      shallockjayne@diniuslaw.com
DINIUS & ASSOCIATES, PLLC

*Attorneys for Defendants Michela Swarthout; Swarthep, LLC; HZ Global, LLC; Luxe Imports, LLC; McWorth Properties, LLC*

Brent O. Roche      brent@racineolson.com
Nathan R. Palmer      nathan@racineolson.com
RACINE OLSON, PLLP

*Attorneys for Defendant Cloud Peak Law Group, P.C.*

                                          /s/ *Thomas J. Lloyd III*
                                          Thomas J. Lloyd III

4828-4148-2414, v. 1

**DEFENDANT JAMES HEPWORTH'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY ACTION - 3**